**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **JAMES R. FULLER JR**<br>　*Plaintiff,*<br><br>v.<br><br>**CIVIC REAL ESTATE HOLDINGS III, LLC**<br>　*Defendant.* | **CIVIL ACTION:**<br>**4:22-cv-03773** |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JAMES R. FULLER JR (hereinafter "Plaintiff" or "FULLER"), and Defendant CIVIC REAL ESTATE HOLDINGS III, LLC (hereinafter "Defendant" or "CIVIC") and hereby stipulate and agree to the following:

1.　All matters in controversy between Plaintiff and Defendant in the above-entitled and numbered cause have been fully and finally settled and, as such, all claims in this case against Defendant, which were or could have been asserted by Plaintiff, are dismissed with prejudice.

2.　Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, litigation expenses and costs incurred in litigating and settling these claims.

3.　This stipulation is made pursuant to the agreement and understanding between counsel for the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff as well as Defendant jointly request that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice, with costs of court being assessed against the party incurring same.

Dated: November 4, 2022

*Respectfully Submitted,*

JACK O'BOYLE & ASSOCIATES

  */s/ Travis H. Gray*
Travis H. Gray
SBN: 24044965
SD TX BAR NO.: 1115733
travis@jackoboyle.com
Chris S. Ferguson
SBN:  24068714
chris@jackoboyle.com
P.O. BOX 815369
DALLAS, TX 75381
P: 972.247.0653 | F: 972.247.0642
*ATTORNEYS FOR DEFENDANT CIVIC REAL ESTATE HOLDINGS III, LLC*

*Respectfully Submitted,*

  */s/ Robert C. Newark, III*
Robert C. Newark, III
SBN: 24040097
**NEWARK FIRM**
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
P: 866.230.7236
F: 888.316.3398
E: robert@newarkfirm.com
*COUNSEL FOR PLAINTIFF JAMES R. FULLER JR.*

## **CERTIFICATE OF SERVICE**

This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on November 4, 2022 to:

Robert C. Newark, III
SBN: 24040097
**NEWARK FIRM**
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
P: 866.230.7236
F: 888.316.3398
E: robert@newarkfirm.com
*COUNSEL FOR PLAINTIFF*
*JAMES R. FULLER JR.*

>*/s/ Travis H. Gray*
>Travis H. Gray